### The Atlantic Contracting Co. *v.* The Grange Land Co.

Atkinson, J.—There is nothing in this case to take it out of the long established rule, that this court will not control the discretion of the trial judge in granting a first new trial in a case where the evidence is conflicting and he is dissatisfied with the verdict rendered.                                     *Judgment affirmed.*
February 5, 1895.

Action of trespass.    Before Judge MacDonell.    City court of Savannah.    May term, 1894.

LESTER & RAVENEL and GIGNILLIAT & STUBBS, for plaintiff in error.    E. S. ELLIOTT and W. L. CLAY, *contra*.